## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Timothy Friederichs,                                         **Civil File No. 11-cv-01419 PAM/JJK**

    Plaintiff,

vs.                                                                                    **ORDER**

Financial Consultants Company, Inc.,

    Defendant.

---

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                              BY THE COURT


Dated:  July 28, 2011                       s/Paul A. Magnuson
                                           The Honorable Paul A. Magnuson
                                           Judge of United States District Court